

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TJS:GKS
F. #2017R01643

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 3, 2018

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:  United States v. Salomon Benzadon Boutin
>      Criminal Docket No. 17-590 (DLI)

Dear Chief Judge Irizarry:

The government writes, pursuant to the Court's December 20, 2017 Order in the above-referenced case (the "Order"), to inform the Court that the defendant will not be released from immigration custody pending the resolution of his criminal case.  Accordingly, the terms of the Order require that the indictment against the defendant be dismissed with prejudice.  The government respectfully maintains its objections to the Order as well as its right to appeal the Order and the dismissal of the indictment with prejudice.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ G. Karthik Srinivasan
      G. Karthik Srinivasan
      Assistant U.S. Attorney
      (718) 254-6013

cc:   Clerk of Court (DLI) (by ECF)
      Peter Kirchheimer, Esq. (by ECF and Email)
      Isaac Wheeler, Esq. (by ECF and Email)